IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINSTREET, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ADVISORWORLD.COM, INC., <br><br>  Defendant. | No. C 10-04532 WHA <br><br><br><br> **ORDER TO SHOW CAUSE** |

A hearing on plaintiff's motion for default judgment is set for **2:00 P.M. ON APRIL 21, 2011**. Defendant Advisorworld.com, Inc., is ordered to send a representative to attend the hearing, to show cause why default judgment should not be entered against it. Plaintiff shall promptly serve this order on defendant.

**IT IS SO ORDERED.**

Dated: April 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE