AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINSTREET, INC., | ) |
| | ) |
| v. | ) Case No.: C 10 04532 WHA |
| | ) |
| ADVISORWORLD.COM, INC. | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __4/29/11__ against __AdvisorWorld.com, Inc,__
                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ 350.00 |
| Fees for service of summons and subpoena ............................................... | 600.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | |
| Fees and disbursements for printing ..................................................... | 79.70 |
| Fees for witnesses *(itemize on page two)* ................................................. | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case......................................... | |
| Docket fees under 28 U.S.C. 1923 ....................................................... | |
| Costs as shown on Mandate of Court of Appeals .......................................... | |
| Compensation of court-appointed experts ................................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ............................................................ | |
| **TOTAL** | **$1,029.70** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service     ☒ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __DAVID J. COOK__

Name of Attorney: __DAVID J. COOK, ESQ. SBN 060859__

For: __Plaintiff QUINSTREET, INC.__     Date: __5/3/11__
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
*Clerk of Court*       *Deputy Clerk*       *Date*

## PROOF OF SERVICE

ADVISORWORLD.COM, INC., a Canadian corporation
302 - 2017 Danforth Avenue
Toronto, Ontario
Attn: Galen Weston, President

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

BILL OF COSTS

on the above-named person(s) by:

___XXX___ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 4, 2011.

/s/ Karene Jen
Karene Jen