UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUINSTREET MEDIA,

      Plaintiff(s),

          v.

ADVISORWORLD.COM, INC.,

      Defendant(s).

_____/

No. C 10-04532 WHA (JCS)

**ORDER**

On April 29, 2011, final judgment was entered in favor of Plaintiff Quinstreet, Inc. against Defendant Advisorworld.com, Inc. in the amount of $98,640.  Dkt. No. 29.  On July 8, 2011, Plaintiff filed a Motion for Assignment of Rights, Restraining Order and Turnover Order in an effort to enforce the judgment.  Dkt. No. 33.  The Honorable William H. Alsup referred this Motion to the undersigned for resolution.  Dkt. No. 34.  A hearing on this Motion was scheduled for October 14, 2011.

On September 28, 2011, Plaintiff filed an Acknowledgment of Satisfaction of Judgment, which indicates that the judgment against Defendant Advisorworld.com, Inc., entered on April 29, 2011, has been satisfied in full.  Dkt. No. 36.

Based on this filing, IT IS HEREBY ORDERED that Plaintiff's Motion for Assignment of Rights, Restraining Order and Turnover Order is DENIED as moot.  The hearing set for October 14, 2011 is VACATED.

IT IS SO ORDERED.

Dated: October 3, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge